JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSEWILL INC., | ) | Case No. 2:16-cv-00552-R-JPR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MINERO DIGITAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON STIPULATION

Having considered the Parties' Stipulation Regarding Judgment of Non-Infringement, the Court approves of the Stipulation.

It is hereby ORDERED that Judgment of Non-Infringement is entered in favor of Rosewill and against Minero Digital. It is further ORDERED that this case is DISMISSED WITH PREJUDICE with each side bearing its own attorneys' fees and costs.

Dated: April 26, 2016

_____
U.S. District Judge